July 10, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

TOMMY HENRY, Appellant

NO. 14-11-00444-CV                    V.

DR. CHAD KELLY, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Dr. Chad Kelly, signed February 21, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, Dr. Chad Kelly, to pay all costs incurred in this appeal. We further order this decision certified below for observance.